**DISMISS and Opinion Filed October 17, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-01268-CV**

**IN THE MATTER OF J. A.**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-70315-2013**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Evans

Before the Court is appellant's October 14, 2013 motion to dismiss the appeal. Appellant

has informed the Court that he no longer wishes to pursue the appeal. Accordingly, we grant

appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David Evans/
DAVID EVANS
JUSTICE

131268F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF J. A.

No. 05-13-01268-CV

On Appeal from the 417th Judicial District Court, Collin County, Texas.
Trial Court Cause No. 417-70315-2013.
Opinion delivered by Justice Evans.
Justices O'Neill and Lang-Miers, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 17th day of October, 2013.

/David Evans/
DAVID EVANS
JUSTICE